

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

§

THE STATE OF TEXAS,

§

No. 08-19-00043-CR

State,

§

Appeal from the

v.

§

County Criminal Court No. 2

MICHAEL ANTHONY COLLASO,

§

of El Paso County, Texas

Appellee.

§

(TC# 20170C08725)

§

# **O R D E R**

The Court GRANTS the State's third motion for extension of time within which to file the brief until **June 15, 2019**. NO FURTHER MOTIONS FOR EXTENSION OF TIME TO FILE THE STATE'S BRIEF WILL BE CONSIDERED BY THIS COURT.

It is further ORDERED that the Hon. Jaime E. Esparza, the State's attorney, prepare the State's brief and forward the same to this Court on or before June 15, 2019.

IT IS SO ORDERED this 1st day of May, 2019.

PER CURIAM

Before McClure, C.J., Rodriguez, and Palafox, JJ.